ACCEPTED
03-13-00855-CV
6625912
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 3:21:13 PM
JEFFREY D. KYLE
CLERK

LAW OFFICES

# Matthew L. Pepper
### ATTORNEY AT LAW

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/24/2015 3:21:13 PM

JEFFREY D. KYLE
Clerk

Matthew L. Pepper (TX, LA, MS)          COMPASS BANK BUILDING                  pepperlaw@msn.com

25211 Grogan's Mill Road, Suite 450
The Woodlands, Texas 77380
(281) 367-2266
FAX (281) 292-6072

August 24, 2015

Mr. Jeffrey D. Kyle
Clerk, Court of Appeals, Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re: Court of Appeals Number: 03-13-00855-CV
Trial Court Case Number: 257,590
Kenneth Lobell v. Capital Transport, LLC

Dear Hon Clerk;

I am in receipt of your letter dated August 19, 2015, and reaffirm our intention to argue this case before the Court. I will be there on the 22nd of October at 9:00 a.m. in Belton, Texas in the Courtroom of the 146th District Court.

Sincerely,

Matthew L. Pepper

MLP/al